# Court of Appeals of the State of Georgia

ATLANTA,__ October 27, 2017____

*The Court of Appeals hereby passes the following order:*

## A18E0017. MORGAN v. CROSS et al.

Corey B. Morgan, a candidate for City Council of the City of Camilla, has petitioned this Court for a stay pending appeal pursuant to OCGA § 21-2-528. Morgan is listed on the ballot for City Council, but the local elections superintendent concluded that his name will be removed because he does not meet the applicable residency requirements. The superior court agreed with the superintendent's decision. Morgan has now filed an emergency motion for a stay pending review before this Court. See OCGA § 21-2-528. Appellate jurisdiction over Morgan's case, however, lies in the Supreme Court.

The Georgia Constitution provides that the Supreme Court of Georgia has exclusive appellate jurisdiction over "[a]ll cases of election contest." Ga. Const. of 1983 Art. VI, § VI, Para. II (2). The Supreme Court has determined that "the phrase '[a]ll cases of election contest' as used in the 1983 Constitution includes . . . challenges to the *candidates for* and *results of* elections[.]" *Cook v. Bd. of Registrars*, 291 Ga. 67, 70 (2) (a) (2) (727 SE2d 478) (2012). Thus, where a candidate seeks review of a local authority's decision that he is disqualified from serving in the position because he does not satisfy the relevant residency requirement, the Supreme Court has exclusive jurisdiction to resolve his appeal. *Burgess v. Liberty County Bd. of Elections*, 291 Ga. 802, 802-803 (1) (733 SE2d 774) (2012).[1]

---

[1] Pursuant to the Appellate Jurisdiction Reform Act of 2016, the Court of Appeals has appellate jurisdiction over cases involving the denial of a nomination petition in which the notice of appeal or application to appeal was filed on or after

Here, Morgan seeks review of the local superintendent's decision that he is disqualified from the City Council position because he does not satisfy the residency requirements. Accordingly, appellate jurisdiction lies in the Supreme Court, and this emergency motion for a stay is hereby TRANSFERRED to the Supreme Court. See id.



*Court of Appeals of the State of Georgia*

*C l e r k ' s      O f f i c e ,*

*Atlanta,   10/27/2017*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                      *, Clerk.*

---

January 1, 2017. OCGA § 21-2-171; see Ga. L. 2016, p. 883, § 6-1 (c) (effective date). The Act also provides that the Court of Appeals has jurisdiction to consider an application for stay pending appeal. OCGA § 21-2-528. Here, Morgan is not challenging a decision on his nomination petition, so these provisions do not apply.